# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LATONIA GARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>WOODRIDGE MANAGEMENT INC.,<br><br>    Defendant. | Civil Action No.<br>1:21-cv-326-WMR-JKL<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Latonia Garrett and Defendant Woodridge Management Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees.

*[Signatures on following page.]*

1

Respectfully submitted this 19th day of October, 2021.

| BARRETT & FARAHANY | WOODRIDGE MANAGEMENT, INC. |
|---|---|
| */s/ V. Severin Roberts* | */s/ C.Todd Van Dyke* |
| V. Severin Roberts | C. Todd Van Dyke |
| Georgia Bar No. 940504 | Georgia Bar No. 723420 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 1100 Peachtree Street, Suite 500 | 171 17th Street, Suite 1200 |
| Atlanta, Georgia 30309 | Atlanta, GA 30363 |
| (404) 214-0120 | (404) 586-1814 |
| severin@justiceatwork.com | todd.vandyke@jacksonlewis.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LATONIA GARRETT,<br><br>　　Plaintiff,<br><br>v.<br><br>WOODRIDGE MANAGEMENT INC.,<br><br>　　Defendant. | Civil Action No.<br><br>1:21-cv-00326-WMR-JKL<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**JACKSON LEWIS P.C.**
C. Todd Van Dyke
todd.vandyke@jacksonlewis.com

Respectfully submitted this 19th day of October, 2021.

**BARRETT & FARAHANY**

*/s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504